

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00483-CV

| | | |
|---|---|---|
| CARL JOHNSON AND PATRICIA JOHNSON, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (22-7967-431) |
| V. | § | August 29, 2025 |
| WINDSONG RANCH COMMUNITY ASSOCIATION, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Carl Johnson and Patricia Johnson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
       Chief Justice Bonnie Sudderth